**Motion Granted in Part and Denied in Part; Brief Stricken; and Order filed June 7, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00347-CV

———————

**ERNESTINE SOPHIE JIMENEZ AKA ERNESTINE SIERRA JIMENEZ AKA ERNESTINE GARCIA AKA ERNESTINE JIMENEZ GARCIA AKA BAKER LEWIS, Appellant**

**V.**

**ROSEMARIE Z. LEWIS, Appellee**

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1044770**

## O R D E R

We notified the parties on March 30, 2018, that the case would be submitted on the briefs on May 15, 2018. On May 14, 2018, the day before submission, appellant filed a motion (1) asking us to post her amended brief, filed February 2, 2018 (the "First Amended Brief"), on the court's website; and (2) seeking leave to file a reply brief. No response to the motion has been filed.

The attachments to the First Amended Brief, which span more than 1,700 pages,[1] contain sensitive data. For example, and without limitation, the attachments contain a bank account number and the name of a person who was a minor at the time the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(2), (a)(3). The account number and child's name appear repeatedly throughout the attachments.

Unless specifically required by statute, court rule, or administrative regulation, a document containing sensitive data may not be filed unless the sensitive data is redacted. Tex. R. App. P. 9.9(b). Appellant failed to redact the sensitive data. *See* Tex. R. App. P. 9.9(c). As a result, the First Amended Brief may not be posted on the Internet. Tex. R. App. P. 9.9(e).

Accordingly, we **GRANT IN PART and DENY IN PART** appellant's motion and order as follows:

1. The request for the First Amended Brief to be posted on the court's website is **DENIED**.

2. Appellant's First Amended Brief is **STRICKEN** because it violates Tex. R. App. P. 9.9.

3. Appellant may file a brief (a "Second Amended Brief") subject to the following:

    a. The Second Amended Brief shall redact all sensitive data as defined under Rule 9.9(a).

    b. The Second Amended Brief **must** delete any attachment not required by Tex. R. App. P. 38.1(k), and may delete any reference to such attachment.

    c. No new arguments are permitted in the Second Amended Brief.

---

[1] It is not necessary or helpful to the court to attach the entire clerk's record as an appendix to the brief.

4. The Second Amended Brief is due by **June 22, 2018**. No extensions will be granted absent extraordinary circumstances.

5. Appellant's request for leave to file a reply brief is **GRANTED**. However, we will not delay issuance of an opinion awaiting appellant's reply brief.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby